AARON RICHARD GOLUB, ESQUIRE, PC
Attorneys for Plaintiff
42 East 64th Street
New York, New York 10065
ph: 212-838 4811
fx: 212-838-4869
ARG 6056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X Civil Action No.
CRAIG ROBINS,                      10-CIV-2787-WHP-(ECF)

        Plaintiff,

  -against-

DAVID ZWIRNER,
DAVID ZWIRNER GALLERY, LLC, and
DAVID ZWIRNER, INC.,

        Defendants.
---------------------------------X

## **REPLY DECLARATION OF AARON RICHARD GOLUB IN SUPPORT**

    I, AARON RICHARD GOLUB, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.  I am associated with Aaron Richard Golub, Esquire, PC, counsel for plaintiff in the above-captioned action. I submit this reply declaration in support of plaintiff's order to show cause.

    2.  The following exhibits are annexed hereto:

| | |
|---|---|
| Exhibit 15 | E-mail chain dated May 18, 2005 between plaintiff Craig Robins, Jack Tilton ("JK"), and Kristine Bell ("KB") defendants gallery manager. |
| Exhibit 16 | E-mail dated May 18, 2005 between plaintiff and KB. |

-1-

I declare under penalty of perjury that the foregoing is true and correct.

Dated and Executed April 12, 2010

*(signature)*

AARON RICHARD GOLUB
ARG 6056
AARON RICHARD GOLUB, ESQUIRE, PC
Attorney for Plaintiff
42 East 64th Street
New York, New York 10065
ph: 212-838-4811
fx: 212-838-4869
ARG 6056

Exhibit 15

-----Original Message-----
From: Craig [mailto:"Craig"]
Sent: Wednesday, May 18, 2005 4:14 PM
To: Jack Tilton
Cc: Dennis Richard; Kristine Bell
Subject: Re: FW: ofili

I definitely agree and have no interest in doing business with them until we
resolve our outstanding issue.

>>> Jack Tilton <jackt@jacktiltongallery.com> 05/18/05 02:39PM >>>

------ Forwarded Message
From: Kristine Bell <kbell@zwirnerandwirth.com>
Date: Wed, 18 May 2005 14:38:15 -0400
To: Jack Tilton <jackt@jacktiltongallery.com>
Subject: ofili

I discussed the ofili with david and we really feel it is too uncomfortable
to work on selling craig's Ofili given the situation between the gallery and
craig.

if craig and david are able to resolve this we would be happy to discuss this painting at that time.

thanks so much,

kristine

1

Exhibit 16

-----Original Message-----
From: Craig [mailto:"Craig"]
Sent: Wednesday, May 18, 2005 4:19 PM
To: Kristine Bell
Cc: Dennis Richard
Subject: FYI

Hi Kristine: I spoke to David on Monday. He ask me for some information so
that he could decide whether he was interested in addressing my concerns. I
called him that evening with answers to his questions and have not received a
call back. Given that I am the damaged party, this may be a issue that is of
greater concern to me than to him. Craig

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 10-CIV-2787-WHP-(ECF)

CRAIG ROBINS,

                    Plaintiff,

-against-

DAVID ZWIRNER, and
DAVID ZWIRNER GALLERY, LLC,

                    Defendants.

**REPLY DECLARATION OF
AARON RICHARD GOLUB IN SUPPORT**

*Attorney for* Plaintiff
*Office and Post Office Address, Telephone*
Aaron Richard Golub, Esquire, P.C.
42 East 64th Street
New York, New York 10065
212-838-4811

To

Attorney(s) for

Service of copy of the within is hereby admitted

Dated

..................
Attorney(s) for

===NOTICE OF ENTRY===

PLEASE take notice that the within is a (certified) true copy of a

duly entered in the office of the clerk of the within named court on

Dated,

    Yours, etc.

Attorney for

*Office and Post Office Address*
Aaron Richard Golub, Esquire, P.C.
42 East 64th Street
New York, New York 10065

To

Attorney(s) for

===NOTICE OF SETTLEMENT===

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.
on
at        M.

Dated,

    Yours, etc.

Attorney for
Aaron Richard Golub, Esquire, P.C.
42 East 64th Street
New York, New York 10065