# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire  
Nehemiah S. Glanc, Esquire  
David Lu, Esquire  

argolub@argolub.com  
nglanc@argolub.com  
dlu@argolub.com  

42 East 64th Street  
New York, New York 10065  

212-838-4811  
Facsimile 212-838-4860  

April 21, 2010

**VIA FAX 212-805-6390**  
Judge William H. Pauley III  
United States District Court  
Southern District of New York  
500 Pearl Street  
Room 2210  
New York, NY 10007  



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/21/2010  

Re: **Robins v. Zwirner, et al. Civil Action No. 10-CV-2787-WHP-(ECF)**

Dear Judge Pauley:

At the close of yesterday's hearing, the Court asked if the parties wanted to make additional submissions, to which I replied no. After I left the courtroom, I realized I overlooked an important point related to the evidence. Plaintiff respectfully requests permission to expeditiously submit one additional page of argument.

Respectfully submitted,

Aaron Richard Golub

arg/nsg

cc: Peter C. Harvey, Esquire  
    Patterson Belknap Webb & Tyler LLP

Application Granted

SO ORDERED:

_____  
WILLIAM H. PAULEY III U.S.D.J.

April 21, 2010